# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Adamski, et al., | No. CV-20-01816-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Farmers Insurance Group, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal of Action without Prejudice (Doc. 24), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed without prejudice.

Dated this 5th day of March, 2021.

Douglas L. Rayes
United States District Judge